IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB CREESE,

    Plaintiff,

vs.

BALD EAGLE TOWING & RECOVERY, DEWAYNE GRUBER, JR., BUDDY HAGER, and DANIEL POPOFF,

    Defendants.

Case No.: 2:19-cv-626-SPC-MRM

## DECLARATION OF DEWAYNE GRUBER, JR.

I, Dewayne Gruber, Jr. declare under penalty of perjury as follows:

1. My name is Dewayne Gruber, Jr. I am the President and co-owner of Bald Eagle Towing. I was, always, actively involved in the operations of the Company. I have personal knowledge of the facts in this Declaration.

2. Bald Eagle Towing has been engaged in towing services since 1995 providing 24-hour towing services, 7 days a week. The Company is incorporated in the State of Florida and its headquarters and only location is located at 3935 Enterprise Avenue Naples, Florida 34104. Our towing and administrative operations are centralized at this location. Our management team and business records are also located at this location.

3. Bald Eagle Towing and Recovery is registered with the United States Department of Transportation (USDOT # 2196348) as a For-Hire Motor Carrier, intrastate only, authorized to carry other motor vehicles as cargo.

*See* Exhibit 1 Bald Eagle USDOT Company Snapshot. Because Bald Eagle operates commercial motor vehicles on public highways, the company is regulated by the Secretary of Transportation.

4. In addition to light and medium vehicles, Bald Eagle's business involves heavy-duty towing and related services for registered USDOT interstate motor carriers and USDOT interstate commercial motor vehicles travelling through Florida from outside of the state.

5. For all 147 workweeks of his employment, Mr. Creese was employed as a heavy-duty driver.

6. The trucks used for heavy-duty towing, and those operated by Mr. Creese, were commercial motor vehicles regulated by the USDOT with a Gross Vehicle Weight Rating exceeding 26,000 lbs. Because of this, Mr. Creese and the other heavy-duty drivers were required to have a CDL license, and comply with other USDOT regulations applicable to intrastate commercial motor vehicles.

7. During the 147 workweeks, Bald Eagle arranged or contracted with national motor clubs to provide towing and roadside services to commercial vehicles travelling to Florida from outside of the state, including Agero, Allstate, Ari Fleet, Coach-Net, Cruise America, Fleet Net America, Geico, INA/Interstar, Penske, Pepsi, Road America, Transit Pros, TTN, and UHaul. Commercial motor carriers are members and pay fees to the motor clubs for their commercial motor vehicles to receive tow and

        roadside services while engaged in interstate travel. Bald Eagle prearranged and agreed to provide those services for interstate motor carriers whose commercial motor vehicles were travelling to and from Florida.

8. In addition to the above arrangements with interstate motor carriers, Bald Eagle regularly received calls for service of out-of-state commercial vehicles. As a routine practice, Bald Eagle maintains records of the vehicle and its license plate information. Therefore, Bald Eagle was able to determine the percentage of commercial vehicles that Mr. Creese towed that were registered outside of the state of Florida.

9. During the 147 workweeks, Mr. Creese towed 467 commercial vehicles registered out-of-state, which amounts to 7% of the total vehicles that Mr. Creese towed.

10. On 68 occasions, Mr. Creese towed rental cargo vehicles registered out-of-state.

11. In the ordinary course of business, Bald Eagle Towing records information regarding its tows in a software system called "Beacon." The information is recorded at or near the time the events occurred and the information is transmitted by those with personal knowledge, the driver and the dispatcher. The software contains data concerning each tow, including: the date of the tow, the time the call came in to Bald Eagle Towing from the customer, the time the call was assigned to a driver, the time the driver

departed for the tow, the time the driver arrived on scene, the time the driver departed the scene, the time the driver arrived at the customer's destination, the time the driver completed the call, the customer's contact information, the vehicle license plate, and the method of payment.

12. In addition to the data maintained in Beacon, Bald Eagle Towing maintains GPS units on each tow truck. These records were made in the ordinary course of business. The information in the GPS records was electronically recorded at or near the time the events within the records occurred. *See* Exhibit 2, GPS Spreadsheet.

13. The GPS records each time the tow truck starts, stops, and idles, as well as the location of each movement.

14. Bald Eagle also produced the phone records of Mr. Creese. The cell phone records show Mr. Creese's outgoing and incoming calls and their duration.

15. During the 147 workweeks, Bald Eagle had a routine business practice for receiving and dispatching customer calls for tow services. All calls were received by a dispatcher. The dispatcher routed the towing assignment to a driver. If that driver was not available for any reason, the call was routed to the next available driver.

16. During Mr. Creese's employment, Mr. Creese, myself, Steve Gruber, Daniel Lott, Carl Clark, Ari "Taylor" Lee, Carlos Rodriguez, and Frank Gentlecourt were heavy duty drivers.

17. Mr. Creese was not required, nor encouraged to be at the Bald Eagle Towing Shop from 7:00am to 5:00pm.

18. I reviewed the Beacon data and the GPS records related to Mr. Creese's employment and tows to prepare this Declaration.

19. On 216 occasions between January 1, 2018 and June 29, 2019, Bald Eagle Towing's GPS records show that Mr. Creese was at home between the hours of 7:00am and 5:00pm.

20. As a salaried employee, Mr. Creese's pay was not impacted if he turned down towing opportunities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: March 8, 2021

_____ DEWAYNE GRUBER, JR.

# EXHIBIT 1

TO GRUBER DECLARATION

## Company Snapshot
**BALD EAGLE TOWING & RECOVERY INC**
USDOT Number: 2196348

○ USDOT Number   ○ MC/MX Number   ● Name
Enter Value: [BALD EAGLE TOWING]
[Search]

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Other Information for this Carrier**
▼ SMS Results
▼ Licensing & Insurance

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 06/07/2020. Carrier VMT Outdated.**

| | |
|---|---|
| **Entity Type:** | CARRIER |
| **Operating Status:** | ACTIVE |
| **Out of Service Date:** | None |
| **Legal Name:** | BALD EAGLE TOWING & RECOVERY INC |
| **DBA Name:** | BALD EAGLE TOWING |
| **Physical Address:** | 3927 ENTERPRISE AVENUE<br>NAPLES, FL 34104 |
| **Phone:** | (239) 403-0000 |
| **Mailing Address:** | 3927 ENTERPRISE AVENUE<br>NAPLES, FL 34104 |
| **USDOT Number:** | 2196348 |
| **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | |
| **DUNS Number:** | -- |
| **Power Units:** | 12 |
| **Drivers:** | 18 |
| **MCS-150 Form Date:** | 08/10/2018 |
| **MCS-150 Mileage (Year):** | |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| Interstate | Intrastate Only (HM) | X Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| X Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 06/07/2020**

Total Inspections: 14
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 14 | 14 | 0 | 0 |
| Out of Service | 1 | 0 | 0 | 0 |
| Out of Service % | 7.1% | 0% | % | 0% |
| Nat'l Average % (2009- 2010) | 20.72% | 5.51% | 4.50% | N/A |

**Crashes reported to FMCSA by states for 24 months prior to: 06/07/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 2 | 2 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Canadian Inspection results for 24 months prior to: 06/07/2020**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 06/07/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

The rating below is current as of: 06/07/2020

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home • Feedback • Privacy Policy • USA.gov • Freedom of Information Act (FOIA) • Accessibility • OIG Hotline • Web Policies and Important Links • Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&q… 2/2

# EXHIBIT 2

TO GRUBER DECLARATION

\*\*Spreadsheet will be provided to Court on USB drive in native format