Summary of Billable Hours per Week, Month, & Year.  Billable Time is considered as "Enroute Time to "Dest Arri
exported from Dispatch Anywhere (Our dispatch and driver tracking softare).

| Row Labels | Sum of Billable Time | Weekly Pay |
|---|---|---|
| 2016 | 482:50:00 | $14,849.87 |
| 9 | 154:10:00 | $2,436.76 |
| 36 | 44:33:00 | |
| 37 | 19:41:00 | |
| 38 | 48:17:00 | $630.57 |
| 39 | 18:54:00 | $784.69 |
| 40 | 22:45:00 | $1,021.50 |
| 10 | 86:58:00 | $3,928.93 |
| 40 | 12:02:00 | |
| 41 | 20:07:00 | $738.76 |
| 42 | 17:32:00 | $1,005.98 |
| 43 | 19:55:00 | $813.46 |
| 44 | 11:22:00 | $741.78 |
| 45 | 6:00:00 | $628.95 |
| 11 | 130:51:00 | $4,476.36 |
| 45 | 17:08:00 | |
| 46 | 40:19:00 | $942.86 |
| 47 | 31:46:00 | $744.90 |
| 48 | 23:33:00 | $1,668.92 |
| 49 | 18:05:00 | $1,119.68 |
| 12 | 110:51:00 | $4,007.82 |
| 49 | 5:06:00 | |
| 50 | 27:55:00 | $795.42 |
| 51 | 28:00:00 | $859.20 |
| 52 | 22:43:00 | $1,322.61 |
| 53 | 27:07:00 | $1,030.59 |
| 2017 | 1749:57:00 | $65,555.50 |
| 1 | 119:21:00 | $4,667.00 |
| 1 | 28:55:00 | $903.68 |
| 2 | 30:12:00 | $924.06 |
| 3 | 28:21:00 | $889.45 |
| 4 | 16:00:00 | $1,107.24 |
| 5 | 15:53:00 | $842.57 |
| 2 | 169:00:00 | $5,111.13 |
| 5 | 31:39:00 | |
| 6 | 21:55:00 | $1,174.08 |
| 7 | 80:00:00 | $1,135.14 |
| 8 | 23:47:00 | $1,684.36 |
| 9 | 11:39:00 | $1,117.55 |
| 3 | 174:56:00 | $5,440.88 |
| 9 | 12:48:00 | |

EXHIBIT

1   AKM  6-9-2020

exhibitsticker.com

| | | | |
|---|---|---|---|
| 10 | 31:51:00 | $1,704.19 | |
| 11 | 78:04:00 | $1,266.88 | |
| 12 | 23:28:00 | $1,376.69 | |
| 13 | 28:45:00 | $1,093.12 | |
| **4** | **132:44:00** | **$6,318.59** | |
| 14 | 32:43:00 | $990.38 | |
| 15 | 37:45:00 | $1,128.14 | |
| 16 | 33:49:00 | $1,797.39 | |
| 17 | 27:07:00 | $1,247.33 | |
| 18 | 1:20:00 | $1,155.35 | |
| **5** | **146:15:00** | **$5,460.87** | |
| 18 | 22:23:00 | | |
| 19 | 29:43:00 | $1,030.71 | |
| 20 | 36:42:00 | $1,175.53 | |
| 21 | 45:18:00 | $1,799.25 | |
| 22 | 12:09:00 | $1,455.38 | |
| **6** | **95:42:00** | **$4,757.03** | |
| 22 | 8:26:00 | | |
| 23 | 28:22:00 | $857.03 | |
| 24 | 14:56:00 | $1,300.00 | Switched to salary |
| 25 | 24:47:00 | $1,300.00 | |
| 26 | 19:11:00 | $1,300.00 | |
| **7** | **118:00:00** | **$6,500.00** | |
| 27 | 24:57:00 | $1,300.00 | |
| 28 | 40:30:00 | $1,300.00 | |
| 29 | 28:45:00 | $1,300.00 | |
| 30 | 14:05:00 | $1,300.00 | |
| 31 | 9:43:00 | $1,300.00 | |
| **8** | **112:33:00** | **$5,200.00** | |
| 31 | 7:59:00 | | |
| 32 | 33:15:00 | $1,300.00 | |
| 33 | 24:21:00 | $1,300.00 | |
| 34 | 16:28:00 | $1,300.00 | |
| 35 | 30:30:00 | $1,300.00 | |
| **9** | **135:07:00** | **$5,200.00** | |
| 35 | 20:20:00 | | |
| 36 | 22:40:00 | $1,300.00 | |
| 37 | 20:26:00 | $1,300.00 | |
| 38 | 41:09:00 | $1,300.00 | |
| 39 | 30:32:00 | $1,300.00 | |
| **10** | **192:44:00** | **$6,500.00** | |
| 40 | 24:46:00 | $1,300.00 | |
| 41 | 72:43:00 | $1,300.00 | |
| 42 | 30:26:00 | $1,300.00 | |
| 43 | 37:49:00 | $1,300.00 | |
| 44 | 27:00:00 | $1,300.00 | |
| **11** | **178:22:00** | **$5,200.00** | |

| | | |
|---|---|---|
| 44 | 34:30:00 | |
| 45 | 41:06:00 | $1,300.00 |
| 46 | 42:45:00 | $1,300.00 |
| 47 | 29:40:00 | $1,300.00 |
| 48 | 30:21:00 | $1,300.00 |
| **12** | **175:13:00** | **$5,200.00** |
| 48 | 20:55:00 | |
| 49 | 45:02:00 | $1,300.00 |
| 50 | 60:04:00 | $1,300.00 |
| 51 | 34:13:00 | $1,300.00 |
| 52 | 14:59:00 | $1,300.00 |
| **2018** | **1636:12:00** | **$68,900.00** |
| **1** | **189:58:00** | **$6,500.00** |
| 1 | 22:07:00 | $1,300.00 |
| 2 | 47:09:00 | $1,300.00 |
| 3 | 47:35:00 | $1,300.00 |
| 4 | 39:54:00 | $1,300.00 |
| 5 | 33:13:00 | $1,300.00 |
| **2** | **148:51:00** | **$5,200.00** |
| 5 | 14:47:00 | |
| 6 | 27:14:00 | $1,300.00 |
| 7 | 45:15:00 | $1,300.00 |
| 8 | 32:30:00 | $1,300.00 |
| 9 | 29:05:00 | $1,300.00 |
| **3** | **171:46:00** | **$5,200.00** |
| 9 | 32:43:00 | |
| 10 | 23:10:00 | $1,300.00 |
| 11 | 38:23:00 | $1,300.00 |
| 12 | 46:49:00 | $1,300.00 |
| 13 | 30:41:00 | $1,300.00 |
| **4** | **126:27:00** | **$6,500.00** |
| 14 | 21:53:00 | $1,300.00 |
| 15 | 14:16:00 | $1,300.00 |
| 16 | 42:35:00 | $1,300.00 |
| 17 | 37:27:00 | $1,300.00 |
| 18 | 10:16:00 | $1,300.00 |
| **5** | **152:10:00** | **$5,200.00** |
| 18 | 31:12:00 | |
| 19 | 28:54:00 | $1,300.00 |
| 20 | 19:15:00 | $1,300.00 |
| 21 | 59:01:00 | $1,300.00 |
| 22 | 13:48:00 | $1,300.00 |
| **6** | **130:08:00** | **$5,200.00** |
| 23 | 40:18:00 | $1,300.00 |
| 24 | 27:47:00 | $1,300.00 |
| 25 | 24:31:00 | $1,300.00 |
| 26 | 37:32:00 | $1,300.00 |

| 7 | 88:47:00 | $6,500.00 |
|---|---|---|
| 27 | 15:38:00 | $1,300.00 |
| 28 | 28:04:00 | $1,300.00 |
| 29 | 21:39:00 | $1,300.00 |
| 30 | 18:18:00 | $1,300.00 |
| 31 | 5:08:00 | $1,300.00 |
| 8 | 137:55:00 | $5,200.00 |
| 31 | 12:33:00 | |
| 32 | 23:05:00 | $1,300.00 |
| 33 | 43:57:00 | $1,300.00 |
| 34 | 28:38:00 | $1,300.00 |
| 35 | 29:42:00 | $1,300.00 |
| 9 | 132:30:00 | $6,500.00 |
| 35 | 4:10:00 | |
| 36 | 30:13:00 | $1,300.00 |
| 37 | 28:49:00 | $1,300.00 |
| 38 | 40:48:00 | $1,300.00 |
| 39 | 26:17:00 | $1,300.00 |
| 40 | 2:13:00 | $1,300.00 |
| 10 | 155:00:00 | $5,200.00 |
| 40 | 58:21:00 | |
| 41 | 39:14:00 | $1,300.00 |
| 42 | 26:05:00 | $1,300.00 |
| 43 | 19:13:00 | $1,300.00 |
| 44 | 12:07:00 | $1,300.00 |
| 11 | 102:23:00 | $5,200.00 |
| 44 | 16:15:00 | |
| 45 | 20:09:00 | $1,300.00 |
| 46 | 17:34:00 | $1,300.00 |
| 47 | 19:38:00 | $1,300.00 |
| 48 | 28:47:00 | $1,300.00 |
| 12 | 100:17:00 | $6,500.00 |
| 49 | 22:25:00 | $1,300.00 |
| 50 | 24:12:00 | $1,300.00 |
| 51 | 21:54:00 | $1,300.00 |
| 52 | 15:55:00 | $1,300.00 |
| 53 | 15:51:00 | $1,300.00 |
| 2019 | 488:54:00 | $33,800.00 |
| 1 | 119:36:00 | $6,500.00 |
| 1 | 12:39:00 | $1,300.00 |
| 2 | 36:53:00 | $1,300.00 |
| 3 | 19:37:00 | $1,300.00 |
| 4 | 42:37:00 | $1,300.00 |
| 5 | 7:50:00 | $1,300.00 |
| 2 | 131:54:00 | $5,200.00 |
| 5 | 5:21:00 | |
| 6 | 26:16:00 | $1,300.00 |

| | | |
|---|---|---|
| 7 | 37:56:00 | $1,300.00 |
| 8 | 38:42:00 | $1,300.00 |
| 9 | 23:39:00 | $1,300.00 |
| **3** | **68:27:00** | **$5,200.00** |
| 9 | 5:19:00 | |
| 10 | 19:31:00 | $1,300.00 |
| 11 | 5:26:00 | $1,300.00 |
| 12 | 12:37:00 | $1,300.00 |
| 13 | 25:34:00 | $1,300.00 |
| **4** | **47:53:00** | **$6,500.00** |
| 14 | 20:28:00 | $1,300.00 |
| 15 | 11:24:00 | $1,300.00 |
| 16 | 3:33:00 | $1,300.00 |
| 17 | 7:34:00 | $1,300.00 |
| 18 | 4:54:00 | $1,300.00 |
| **5** | **70:46:00** | **$5,200.00** |
| 18 | 7:51:00 | |
| 19 | 19:03:00 | $1,300.00 |
| 20 | 19:16:00 | $1,300.00 |
| 21 | 9:26:00 | $1,300.00 |
| 22 | 15:10:00 | $1,300.00 |
| **6** | **50:18:00** | **$5,200.00** |
| 23 | 3:15:00 | $1,300.00 |
| 24 | 9:46:00 | $1,300.00 |
| 25 | 18:34:00 | $1,300.00 |
| 26 | 18:43:00 | $1,300.00 |
| **Grand Total** | **4357:53:00** | **$183,105.37** |

ive or DONE Time".  Values were

This is a complete payroll summary of Jacob Creese's employment from September 2016-June 2019.  Total deductions will include a uniform deduction and damage fund deduction.  There was also a period of time where a $75 weekly deduction was instituted to pay

| Date | Year | Week | Name | Net Amt | Hours | TaxesWithheld | Deductic | TotalPay | EmployerTaxes | TotalCost | eckNum |
|------|------|------|------|---------|-------|---------------|----------|----------|---------------|-----------|--------|
| 09/16/2016 | 2016 | 38 | *Jacob L. Creese | $538.18 | 0 | $92.37 | $0.02 | $630.57 | $69.05 | **$699.62** | 1006 94 |
| 09/23/2016 | 2016 | 39 | *Jacob L. Creese | $657.39 | 0 | $127.28 | $0.02 | $784.69 | $85.92 | **$870.61** | 1007 08 |
| 09/30/2016 | 2016 | 40 | *Jacob L. Creese | $738.54 | 0 | $182.96 | ###### | $1,021.50 | $111.85 | **$1,133.35** | 1007 20 |
| 10/07/2016 | 2016 | 41 | *Jacob L. Creese | $521.88 | 0 | $116.88 | ###### | $738.76 | $80.90 | **$819.66** | 1007 32 |
| 10/14/2016 | 2016 | 42 | *Jacob L. Creese | $728.09 | 0 | $177.89 | ###### | $1,005.98 | $110.15 | **$1,116.13** | 1007 45 |
| 10/21/2016 | 2016 | 43 | *Jacob L. Creese | $579.66 | 0 | $133.80 | ###### | $813.46 | $89.08 | **$902.54** | 1007 59 |
| 10/28/2016 | 2016 | 44 | *Jacob L. Creese | $599.23 | 0 | $117.55 | $25.00 | $741.78 | $81.22 | **$823.00** | 1007 72 |
| 11/04/2016 | 2016 | 45 | *Jacob L. Creese | $511.95 | 0 | $92.00 | $25.00 | $628.95 | $68.86 | **$697.81** | 1007 87 |
| 11/11/2016 | 2016 | 46 | *Jacob L. Creese | $754.76 | 0 | $163.10 | $25.00 | $942.86 | $93.07 | **$1,035.93** | 1008 03 |
| 11/18/2016 | 2016 | 47 | *Jacob L. Creese | $501.63 | 0 | $118.27 | ###### | $744.90 | $56.99 | **$801.89** | 1008 17 |
| 11/25/2016 | 2016 | 48 | *Jacob L. Creese | $1,149.57 | 0 | $394.35 | ###### | $1,668.92 | $127.67 | **$1,796.59** | 1008 31 |
| 12/02/2016 | 2016 | 49 | *Jacob L. Creese | $779.65 | 0 | $215.03 | ###### | $1,119.68 | $85.66 | **$1,205.34** | 1008 44 |
| 12/09/2016 | 2016 | 50 | *Jacob L. Creese | $540.72 | 0 | $129.70 | ###### | $795.42 | $60.84 | **$856.26** | 1008 57 |
| 12/16/2016 | 2016 | 51 | *Jacob L. Creese | $590.05 | 0 | $144.15 | ###### | $859.20 | $65.73 | **$924.93** | 1008 70 |
| 12/23/2016 | 2016 | 52 | *Jacob L. Creese | $1,016.32 | 0 | $281.29 | $25.00 | $1,322.61 | $101.19 | **$1,423.80** | 1008 84 |
| 12/30/2016 | 2016 | 53 | *Jacob L. Creese | $819.67 | 0 | $185.92 | $25.00 | $1,030.59 | $78.83 | **$1,109.42** | 1008 98 |
| 01/06/2017 | 2017 | 1 | *Jacob L. Creese | $549.65 | 0 | $154.03 | ###### | $903.68 | $98.95 | **$1,002.63** | 1009 13 |
| 01/13/2017 | 2017 | 2 | *Jacob L. Creese | $740.41 | 0 | $158.65 | $25.00 | $924.06 | $101.19 | **$1,025.25** | 1009 27 |
| 01/20/2017 | 2017 | 3 | *Jacob L. Creese | $713.63 | 0 | $150.82 | $25.00 | $889.45 | $97.39 | **$986.84** | 1009 41 |
| 01/27/2017 | 2017 | 4 | *Jacob L. Creese | $872.16 | 0 | $210.08 | $25.00 | $1,107.24 | $121.24 | **$1,228.48** | 1009 55 |
| 02/03/2017 | 2017 | 5 | *Jacob L. Creese | $677.37 | 0 | $140.20 | $25.00 | $842.57 | $92.26 | **$934.83** | 1009 68 |
| 02/10/2017 | 2017 | 6 | *Jacob L. Creese | $917.15 | 0 | $231.93 | $25.00 | $1,174.08 | $128.58 | **$1,302.66** | 1009 84 |
| 02/17/2017 | 2017 | 7 | *Jacob L. Creese | $890.93 | 0 | $219.21 | $25.00 | $1,135.14 | $124.30 | **$1,259.44** | 1010 00 |
| 02/24/2017 | 2017 | 8 | *Jacob L. Creese | $1,260.84 | 0 | $398.52 | $25.00 | $1,684.36 | $129.63 | **$1,813.99** | 1010 13 |

| Date | Year | # | Name | | | | | | | |
|------|------|---|------|-----|----|----|---------|--------|----------|------|
| 03/03/2017 | 2017 | 9 | *Jacob L. Creese | $879.10 | 0 | $213.45 | $25.00 | $1,117.55 | $85.48 | $1,203.03 | 1010 27 |
| 03/10/2017 | 2017 | 10 | *Jacob L. Creese | $1,274.19 | 0 | $405.00 | $25.00 | $1,704.19 | $130.37 | $1,834.56 | 1010 38 |
| 03/17/2017 | 2017 | 11 | *Jacob L. Creese | $979.66 | 0 | $262.22 | $25.00 | $1,266.88 | $96.92 | $1,363.80 | 1010 51 |
| 03/24/2017 | 2017 | 12 | *Jacob L. Creese | $1,053.61 | 0 | $298.08 | $25.00 | $1,376.69 | $105.33 | $1,482.02 | 1010 64 |
| 03/31/2017 | 2017 | 13 | *Jacob L. Creese | $862.64 | 0 | $205.48 | $25.00 | $1,093.12 | $83.62 | $1,176.74 | 1010 76 |
| 04/07/2017 | 2017 | 14 | *Jacob L. Creese | $791.71 | 0 | $173.67 | $25.00 | $990.38 | $75.76 | $1,066.14 | 1010 88 |
| 04/14/2017 | 2017 | 15 | *Jacob L. Creese | $886.22 | 0 | $216.92 | $25.00 | $1,128.14 | $86.30 | $1,214.44 | 1010 99 |
| 04/21/2017 | 2017 | 16 | *Jacob L. Creese | $1,336.95 | 0 | $435.44 | $25.00 | $1,797.39 | $137.51 | $1,934.90 | 1011 11 |
| 04/28/2017 | 2017 | 17 | *Jacob L. Creese | $966.51 | 0 | $255.82 | $25.00 | $1,247.33 | $95.41 | $1,342.74 | 1011 23 |
| 05/05/2017 | 2017 | 18 | *Jacob L. Creese | $904.54 | 0 | $225.81 | $25.00 | $1,155.35 | $88.39 | $1,243.74 | 1011 33 |
| 05/12/2017 | 2017 | 19 | *Jacob L. Creese | $820.60 | 0 | $185.11 | $25.00 | $1,030.71 | $78.85 | $1,109.56 | 1011 46 |
| 05/19/2017 | 2017 | 20 | *Jacob L. Creese | $918.14 | 0 | $232.39 | $25.00 | $1,175.53 | $89.93 | $1,265.46 | 1011 58 |
| 05/26/2017 | 2017 | 21 | *Jacob L. Creese | $1,338.23 | 0 | $436.02 | $25.00 | $1,799.25 | $137.63 | $1,936.88 | 1011 70 |
| 06/02/2017 | 2017 | 22 | *Jacob L. Creese | $1,106.60 | 0 | $323.78 | $25.00 | $1,455.38 | $111.35 | $1,566.73 | 1011 81 |
| 06/09/2017 | 2017 | 23 | *Jacob L. Creese | $688.57 | 0 | $143.46 | $25.00 | $857.03 | $65.55 | $922.58 | 1011 92 |
| 06/16/2017 | 2017 | 24 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 02 |
| 06/23/2017 | 2017 | 25 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 13 |
| 06/30/2017 | 2017 | 26 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 25 |
| 07/07/2017 | 2017 | 27 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 37 |
| 07/14/2017 | 2017 | 28 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 49 |
| 07/21/2017 | 2017 | 29 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 61 |
| 07/28/2017 | 2017 | 30 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 73 |
| 08/04/2017 | 2017 | 31 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 85 |
| 08/11/2017 | 2017 | 32 | *Jacob L. Creese | $976.97 | 40 | $273.03 | $50.00 | $1,300.00 | $99.45 | $1,399.45 | 1012 96 |
| 08/18/2017 | 2017 | 33 | *Jacob L. Creese | $1,001.14 | 40 | $273.03 | $25.83 | $1,300.00 | $99.45 | $1,399.45 | 1013 06 |
| 08/25/2017 | 2017 | 34 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 16 |
| 09/01/2017 | 2017 | 35 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 28 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/2017 | 2017 | 36 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 39 |
| 09/15/2017 | 2017 | 37 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 50 |
| 09/22/2017 | 2017 | 38 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 61 |
| 09/29/2017 | 2017 | 39 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 71 |
| 10/06/2017 | 2017 | 40 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 83 |
| 10/13/2017 | 2017 | 41 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1013 96 |
| 10/20/2017 | 2017 | 42 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 09 |
| 10/27/2017 | 2017 | 43 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 21 |
| 11/03/2017 | 2017 | 44 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 33 |
| 11/10/2017 | 2017 | 45 | *Jacob L. Creese | $2,722.42 | 40 | $1,177.58 | $0.00 | $3,900.00 | $298.35 | $4,198.35 | 1014 45 |
| 11/17/2017 | 2017 | 46 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 57 |
| 11/24/2017 | 2017 | 47 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 71 |
| 12/01/2017 | 2017 | 48 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 81 |
| 12/08/2017 | 2017 | 49 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1014 93 |
| 12/15/2017 | 2017 | 50 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1015 05 |
| 12/22/2017 | 2017 | 51 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1015 17 |
| 12/29/2017 | 2017 | 52 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1015 29 |
| 01/05/2018 | 2018 | 1 | *Jacob L. Creese | $976.97 | 40 | $273.03 | $50.00 | $1,300.00 | $142.35 | $1,442.35 | 1015 41 |
| 01/12/2018 | 2018 | 2 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | 1015 53 |
| 01/19/2018 | 2018 | 3 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | 1015 65 |
| 01/26/2018 | 2018 | 4 | *Jacob L. Creese | $1,026.97 | 40 | $273.03 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | 1015 77 |
| 02/02/2018 | 2018 | 5 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | 1015 89 |
| 02/09/2018 | 2018 | 6 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $115.95 | $1,415.95 | 1016 00 |
| 02/16/2018 | 2018 | 7 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1016 12 |
| 02/23/2018 | 2018 | 8 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1016 24 |
| 03/02/2018 | 2018 | 9 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1016 36 |
| 03/09/2018 | 2018 | 10 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | 1016 47 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/2018 | 2018 | 11 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1016 57 |
| 03/23/2018 | 2018 | 12 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1016 67 |
| 03/30/2018 | 2018 | 13 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1016 78 |
| 04/06/2018 | 2018 | 14 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1016 89 |
| 04/13/2018 | 2018 | 15 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 00 |
| 04/20/2018 | 2018 | 16 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 10 |
| 04/27/2018 | 2018 | 17 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 19 |
| 05/04/2018 | 2018 | 18 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 29 |
| 05/11/2018 | 2018 | 19 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 39 |
| 05/18/2018 | 2018 | 20 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 49 |
| 05/25/2018 | 2018 | 21 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 58 |
| 06/01/2018 | 2018 | 22 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 67 |
| 06/08/2018 | 2018 | 23 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 76 |
| 06/15/2018 | 2018 | 24 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 85 |
| 06/22/2018 | 2018 | 25 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1017 93 |
| 06/29/2018 | 2018 | 26 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 03 |
| 07/06/2018 | 2018 | 27 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 13 |
| 07/13/2018 | 2018 | 28 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 23 |
| 07/20/2018 | 2018 | 29 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 33 |
| 07/27/2018 | 2018 | 30 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 43 |
| 08/03/2018 | 2018 | 31 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 53 |
| 08/10/2018 | 2018 | 32 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 62 |
| 08/17/2018 | 2018 | 33 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 71 |
| 08/24/2018 | 2018 | 34 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 82 |
| 08/31/2018 | 2018 | 35 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 91 |
| 09/07/2018 | 2018 | 36 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1018 99 |
| 09/14/2018 | 2018 | 37 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | **$1,399.45** | 1019 07 |

| 09/21/2018 | 2018 | 38 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 09/28/2018 | 2018 | 39 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 10/05/2018 | 2018 | 40 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 10/12/2018 | 2018 | 41 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 10/19/2018 | 2018 | 42 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 10/26/2018 | 2018 | 43 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 11/02/2018 | 2018 | 44 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 11/09/2018 | 2018 | 45 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 11/16/2018 | 2018 | 46 | *Jacob L. Creese | $2,805.16 | 40 | $1,094.84 | $0.00 | $3,900.00 | $298.35 | $4,198.35 | DD |
| 11/23/2018 | 2018 | 47 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 11/30/2018 | 2018 | 48 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 12/07/2018 | 2018 | 49 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 12/14/2018 | 2018 | 50 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 12/21/2018 | 2018 | 51 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 12/28/2018 | 2018 | 52 | *Jacob L. Creese | $1,060.96 | 40 | $239.04 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 01/04/2019 | 2019 | 1 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | DD |
| 01/11/2019 | 2019 | 2 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | DD |
| 01/18/2019 | 2019 | 3 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | DD |
| 01/25/2019 | 2019 | 4 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | DD |
| 02/01/2019 | 2019 | 5 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $142.35 | $1,442.35 | DD |
| 02/08/2019 | 2019 | 6 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $115.95 | $1,415.95 | DD |
| 02/15/2019 | 2019 | 7 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 02/22/2019 | 2019 | 8 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 03/01/2019 | 2019 | 9 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 03/08/2019 | 2019 | 10 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 03/15/2019 | 2019 | 11 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 03/22/2019 | 2019 | 12 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 03/29/2019 | 2019 | 13 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 04/05/2019 | 2019 | 14 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 04/12/2019 | 2019 | 15 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 04/19/2019 | 2019 | 16 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 04/26/2019 | 2019 | 17 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 05/03/2019 | 2019 | 18 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 05/10/2019 | 2019 | 19 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 05/17/2019 | 2019 | 20 | *Jacob L. Creese | $1,053.20 | 40 | $246.80 | $0.00 | $1,300.00 | $102.13 | $1,402.13 | DD |
| 05/24/2019 | 2019 | 21 | *Jacob L. Creese | $1,095.24 | 40 | $249.76 | $0.00 | $1,345.00 | $102.89 | $1,447.89 | DD |
| 05/31/2019 | 2019 | 22 | *Jacob L. Creese | $1,096.99 | 40 | $250.51 | $0.00 | $1,347.50 | $103.09 | $1,450.59 | DD |
| 06/07/2019 | 2019 | 23 | *Jacob L. Creese | $1,180.36 | 40 | $285.64 | $0.00 | $1,466.00 | $112.15 | $1,578.15 | DD |
| 06/14/2019 | 2019 | 24 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 06/21/2019 | 2019 | 25 | *Jacob L. Creese | $1,063.58 | 40 | $236.42 | $0.00 | $1,300.00 | $99.45 | $1,399.45 | DD |
| 06/28/2019 | 2019 | 26 | *Jacob L. Creese | $1,084.69 | 40 | $245.31 | $0.00 | $1,330.00 | $101.74 | $1,431.74 | DD |
| | | | **Totals** | **$148,432.27** | **4280** | **$36,835.73** | **######** | **$187,293.87** | **$15,254.65** | **$202,548.52** | |















| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 206016 | 12/2/2016 | 11:33:00 AM | 12/2/2016 | 11:59:00 PM | 11:03:00 AM | 12/2/2016 | 11:32:00 AM | 12 | 0:29:00 | "JACOB C " | SARGENT LARS( | 250 Patriot Way | Naples | 2.398E+09 | | ACCOUNT | JACOB | | 1 | 7.2 | 7.2 | 0 | 0 | 0 | | CCSO' S FL | 32000 | "GINA " | 6 - COMPLE | FIN | 92283 | COLLIER CC | 2397744434 | | Naples | 2885 Coun | 2003 | EXPEDITI( | WHITE | 1FMPU16 | GRJS56 | 143320 | | T3 JUMP START | | | | C620-432- | 16 | 858 | | 12/2/2016 15:59 | 12/2/2016 | | 10:59:00 AM | 12/2/2016 | 11:01:00 AM | 12/2/2016 | 11:01:00 AM | 11:02:00 AM | 12/2/2016 | 11:10:00 AM | | | FORD | | | FL | FUEL SURI | CCSO FLEET M | FL | 7.2 | 0 | 34104 | 34112 | CCSO' S FLEET | JACOB | FALSE | 0 | | | 32 |
| 206002 | 12/2/2016 | 3:01:00 PM | 12/2/2016 | 11:59:00 PM | 12:12:00 PM | 12/2/2016 | 2:54:00 PM | 12 | 2:42:00 | "JACOB C " | CY WELLS | 5148 Rattlesnak | Naples | 2.393E+09 | | Credit Card-( | JACOB | 0 | 1.75 | 120 | 210 | 0 | 0 | 0 | | CASH_MEI | 17226 | Tracy Michels | 6 - COMPLE | FIN | AUTH#3059 | CY WELLS | 2392983744 | | Naples | 4707 Ente | 1973 | 26 RV | BLACK | TZE063V101442 | | 0 | | TOW | | | | C620-432- | 16 | | | 12/2/2016 17:01 | 12/2/2016 | | 12:01:00 PM | 12/2/2016 | 12:05:00 PM | 12/2/2016 | 12:05:00 PM | 12:05:00 PM | 12/2/2016 | 12:24:00 PM | 12/2/2016 | 1:56:00 PM | FT | | THE RICK KING MEMO | FL | "MD TOW | MIKE'S | FL | 210 | 0 | 34113 | 34104 | CASH_MEDUIM DUT' | JACOB | FALSE | 0 | | | 201 |
| 205938 | 12/1/2016 | 10:19:00 AM | 12/1/2016 | 11:59:00 PM | 8:13:00 AM | 12/1/2016 | 10:08:00 AM | 12 | 1:55:00 | "JACOB C " | ANDREW | 1825 Washburn | Naples | 2.395E+09 | | Credit Card-( | JACOB | 0 | 2 | 120 | 240 | 0 | 0 | 0 | | CASH_MEI | 32000 | "GINA " | 6 - COMPLE | FIN | AUTH#0185 | ANDREW | 2394652433 | | Naples | 310 Everl | 2001 | F450 SUPE | WHITE | 1FDXF46F | DTDU07 | 168475 | | T6_TOW | | | | C620-432- | 16 | | | 12/1/2016 12:46 | 12/1/2016 | | 7:46:00 AM | 12/1/2016 | 7:54:00 AM | 12/1/2016 | 7:54:00 AM | 7:55:00 AM | 12/1/2016 | 8:38:00 AM | 12/1/2016 | 8:59:00 AM | FORD | | | FL | "MD TOW | ??? | FL | 240 | 0 | 34117 | 34117 | CASH_MEDUIM DUT' | JACOB | FALSE | 0 | | | 201 |

| 2016 | | |
|---|---|---|
| Month | Total Billable Time | Average Billable Hours |
| "JACOB C " | 482:50:00 | 2:03:48 |
| 9 | 154:10:00 | 2:45:11 |
| 10 | 86:58:00 | 1:51:01 |
| 11 | 130:51:00 | 1:43:18 |
| 12 | 110:51:00 | 2:00:56 |
| Grand Total | 482:50:00 | 2:03:48 |

| Month | Total Billable Time |
|---|---|
| "JACOB C " | **1749:57:00** |
| 1 | 119:21:00 |
| 2 | 169:00:00 |
| 3 | 174:56:00 |
| 4 | 132:44:00 |
| 5 | 146:15:00 |
| 6 | 95:42:00 |
| 7 | 118:00:00 |
| 8 | 112:33:00 |
| 9 | 135:07:00 |
| 10 | 192:44:00 |
| 11 | 178:22:00 |
| 12 | 175:13:00 |
| **Grand Total** | **1749:57:00** |

| 2018 | | |
|---|---|---|
| Month | Total Billable Time | Average Billable Hours |
| **"JACOB C "** | **1636:12:00** | **2:13:23** |
| 1 | 189:58:00 | 2:12:32 |
| 2 | 148:51:00 | 2:07:35 |
| 3 | 171:46:00 | 2:04:10 |
| 4 | 126:27:00 | 2:02:22 |
| 5 | 152:10:00 | 2:16:16 |
| 6 | 130:08:00 | 2:14:37 |
| 7 | 88:47:00 | 1:50:59 |
| 8 | 137:55:00 | 3:08:04 |
| 9 | 132:30:00 | 2:02:18 |
| 10 | 155:00:00 | 2:14:47 |
| 11 | 102:23:00 | 2:33:35 |
| 12 | 100:17:00 | 2:16:45 |
| Grand Total | 1636:12:00 | 2:13:23 |

| 2019 | | |
|---|---|---|
| Month | Total Billable Hours | Average Billable Hours |
| "JACOB C " | 488:54:00 | 2:07:32 |
| 1 | 119:36:00 | 2:23:31 |
| 2 | 131:54:00 | 2:09:44 |
| 3 | 68:27:00 | 2:21:37 |
| 4 | 47:53:00 | 2:10:35 |
| 5 | 70:46:00 | 1:54:45 |
| 6 | 50:18:00 | 1:37:21 |
| Grand Total | 488:54:00 | 2:07:32 |