UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACOB CREESE,

    Plaintiff,

v.                              Case No: 2:19-cv-626-SPC-MRM

BALD EAGLE TOWING &
RECOVERY, DEWAYNE
GRUBER, JR., BUDDY HAGER
and DANIEL POPOFF,

    Defendants.
_____/

## ORDER[1]

Before the Court is a review of the case following a status conference held on August 9, 2021. As discussed on the record, the parties believe a settlement conference with the unassigned United States Magistrate Judge may be helpful to resolve this case. The Court does too.

Accordingly, it is now

**ORDERED:**

1. This case is **REFERRED** to United States Magistrate Judge Nicholas P. Mizell to conduct a settlement conference and issue any

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

appropriate order.  All parties must attend the settlement conference as directed by Judge Mizell.

2. The parties must **CONTACT** Judge Mizell's Chambers, **on or before August 20, 2021**, to schedule a mutually agreeable time for the settlement conference, which must occur no earlier than September 15, 2021, but **on or before October 14, 2021**.

3. The Clerk is **DIRECTED** to add Judge Mizell to the docket for settlement purposes only.

**DONE** and **ORDERED** in Fort Myers, Florida on August 9, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record